# EXHIBIT 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CloudofChange, LLC, <br><br> Plaintiff, <br> v. <br> NCR Corporation, <br><br> Defendant. | No. WA:6:19-cv-00513-ADA <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF CLOUDOFCHANGE, LLC'S TRIAL WITNESS LIST

Pursuant to the Court's Third Amended Scheduling Order (Dkt, 76), Plaintiff CloudofChange, LLC ("CloudofChange") submits the following list of persons whom it will call or may call at trial in person or by deposition, including video deposition.

| Witness Name | Live or by Deposition | Will Call or May Call | Estimated Time for Examination |
|---|---|---|---|
| Quentin Olson | Live | Will | 1 hour |
| Wayne Baratta | Live | Will | 1 hour |
| McGill Quinn | Live or by Deposition | Will | 0.75 hours |
| Kristin Schoonover | Live or by Deposition | Will | 0.75 hours |
| Gregory Crouse | Live | Will | 2 hours |
| Ambreen Salters | Live | Will | 1 hour |

1. CloudofChange reserves the right to call its witnesses in any order.

2. CloudofChange reserves the right to cross-examine any witness called by Defendant NCR Corporation ("NCR").

3. CloudofChange reserves the right to call undesignated rebuttal witnesses, whose testimony cannot be reasonably foreseen until the presentation of NCR's evidence against CloudofChange, if any.

1

4.	If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

| | |
|---|---|
| March 24, 2021 | Respectfully Submitted, |

/s/ *John H. Barr, Jr.*
John H. Barr, Jr.
*Counsel for Plaintiff*
*CloudofChange, LLC*
**Patterson + Sheridan, LLP**

John H. Barr, Jr.
Attorney In Charge
Texas Bar No. 00783605
jbarr@pattersonsheridan.com

John A. Yates
Texas Bar No. 24056569
jyates@pattersonsheridan.com

B. Todd Patterson
Texas Bar No. 00789537
tpatterson@pattersonsheridan.com

Edgar N. Gonzalez
Texas Bar No. 24092431
egonzalez@pattersonsheridan.com

**Patterson + Sheridan, LLP**
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
(Tel): 713-623-4844
(Fax): 713-623-4846

Abelino Reyna
Texas Bar No. 24000087
areyna@pattersonsheridan.com

**Patterson + Sheridan, LLP**
900 Washington Ave., Suite 503
Waco, Texas 76701

(Tel): 254-777-5248<br>(Fax): 877-777-8071

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, the foregoing document was served, via electronic mail, to all counsel of record.

/s/ *John H. Barr, Jr.*<br>John H. Barr, Jr.

3