# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

```
----------------------------------------------------------- x
CloudofChange, LLC,                         )
                                            )
                      Plaintiff,            )
                                            )
      v.                                    ) 6:19-CV-00513-ADA
                                            )
NCR Corporation,                            )
                                            )
                      Defendant.            ) JURY TRIAL DEMANDED
                                            )
----------------------------------------------------------- x
```

## **DEFENDANT NCR CORPORATION'S TRIAL WITNESS LIST**

Pursuant to the Court's Third Amended Scheduling Order (Dkt, 76), Defendant NCR Corporation ("NCR") submits the following list of witnesses to testify at trial. NCR reserves the right to call (1) any witness appearing on the witness list of Plaintiff CloudofChange, LLC ("CloudofChange"), and (2) additional witnesses as necessary for rebuttal and/or impeachment purposes. NCR additionally reserves the right to reasonably supplement or amend this witness list through and including the time of trial to the extent permitted by the Court.

| Witness | May/Will Call | Form of Testimony | Estimated Length |
|---------|---------------|-------------------|------------------|
| McGill Quinn | Will | Live | 1 hour |
| Kristin Schoonover | Will | Live | 1 hour |
| Quentin Olson | Will | Live | 1 hour |
| Wayne Baratta | Will | Live | 2 hours |
| Sandeep Chatterjee | Will | Live | 2 hours |
| Devrim Ikizler | Will | Live | 1 hour |

Dated: March 24, 2021                             Respectfully submitted,

/s/ *Charles E. Phipps*
Charles E. Phipps
    Texas State Bar No. 00794457
    cphipps@lockelord.com
Charles S. Baker
    Texas State Bar No. 01566200
    cbaker@lockelord.com
Steven F. Meyer
    Admitted *pro hac vice*
    smeyer@lockelord.com
Donald E. Frechette
    Admitted *pro hac vice*
    donald.frechette@lockelord.com
Scarlett Collings
    Texas State Bar No. 24001906
    scarlett.collings@lockelord.com
Daniel G. Nguyen
    Texas State Bar No. 24025560
    dnguyen@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 Telephone
(214) 740-8800 Facsimile

**ATTORNEYS FOR DEFENDANT
NCR CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2021, I served the foregoing document via e-mail to counsel of record for Plaintiff.

/s/ *Daniel G. Nguyen*
Daniel G. Nguyen

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

CloudofChange, LLC,

      Plaintiff,

v.

NCR Corporation,

      Defendant.

Case No. 6:19-CV-00513-ADA

**JURY TRIAL DEMANDED**

**PLAINTIFF'S OBJECTIONS TO**
**DEFENDANT NCR CORPORATION'S TRIAL WITNESS LIST**

Pursuant to the Court's Third Amended Scheduling Order (Dkt. 76), Plaintiff CloudofChange, LLC ("CloudofChange" or "Plaintiff") submits the following objections to Defendant NCR Corporation's ("NCR" or "Defendant") list of witnesses to testify at trial.

Plaintiff reserves the right to modify, amend, or supplement these objections throughout the balance of this case.  Plaintiff also reserves the right to supplement or modify these objections in response to rulings by the Court (including on any motions).

| Witness | May/Will Call | Form of Testimony | Estimated Length | CloudofChange Objections |
|---|---|---|---|---|
| McGill Quinn | Will | Live | 1 hour | |
| Kristin Schoonover | Will | Live | 1 hour | |
| Quentin Olson | Will | Live | 1 hour | |
| Wayne Baratta | Will | Live | 2 hours | |
| Sandeep Chatterjee | Will | Live | 2 hours | 702.  Plaintiff's *Daubert* Motion to Exclude the Invalidity Opinions and Testimony of Sandeep Chatterjee, Ph.D. (Dkt. 70). |

| Witness | May/Will Call | Form of Testimony | Estimated Length | CloudofChange Objections |
|---------|---------------|-------------------|------------------|--------------------------|
| Devrim Ikizler | Will | Live | 1 hour | 702.  Plaintiff anticipates filing a *Daubert* motion to exclude the opinions and testimony of Devrim Ikizler on April 2, 2021. |

Dated:  March 31, 2021

Respectfully submitted,

By: */s/ John H. Barr, Jr.*

John H. Barr, Jr.
Attorney In Charge
Texas Bar No. 00783605
jbarr@pattersonsheridan.com

John A. Yates
Texas Bar No. 24056569
jyates@pattersonsheridan.com

B. Todd Patterson
Texas Bar No. 00789537
tpatterson@pattersonsheridan.com

Edgar N. Gonzalez
Texas Bar No. 24092431
egonzalez@pattersonsheridan.com

Patterson + Sheridan LLP
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
(Tel.): 713-623-4844
(Fax): 713-623-4846

Abelino Reyna
Texas Bar No. 24000087
areyna@pattersonsheridan.com

Patterson + Sheridan LLP
900 Washington Ave., Suite 503
Waco, Texas 76701
(Tel.): 254-777-5248
(Fax): 877-777-8071

*Attorneys for Plaintiff,*
*CloudofChange, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021, I caused the foregoing to be electronically served upon counsel of record below.

/s/ John H. Barr, Jr.
John H. Barr, Jr.

Charles E. Phipps, cphipps@lockelord.com
Daniel G. Nguyen, dnguyen@lockelord.com
Steven F. Meyer, smeyer@lockelord.com
Donald E. Frechette, donald.frechette@lockelord.com
Charles S. Baker, cbaker@lockelord.com
Scarlett Collings, scarlett.collings@lockelord.com

**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

*Counsel for Defendant NCR Corporation*