IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **CLOUDOFCHANGE, LLC,**<br>*Plaintiff*<br><br>-vs-<br><br>**NCR CORPORATION,**<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **6-19-CV-00513-ADA** |

## JUDGMENT

This action came before the Court for a four-day trial by jury commencing on May 17, 2021 between plaintiff CloudofChange, LLC ("CloudofChange") and defendant NCR Corporation ("NCR"). The issues have been tried and the jury rendered its verdict on May 20, 2021 (Dkt #158). In accordance with the jury verdict, it is hereby ORDERED and AJUDGED that:

1. Claims 1, 3, 4, 5, 6, 11, 12, and 13 of U.S. Patent No. 9,400,640 ("the '640 patent") are infringed by NCR;

2. Claims 1, 2, 3, and 4 of U.S. Patent No. 10,083,012 ("the '012 patent") are infringed by NCR;

3. NCR's infringement of claims 1, 3, 4, 5, 6, 11, 12, and 13 of the '640 patent and claims 1, 2, 3, and 4 of the '012 patent was willful;

4. Claims 1, 3, 4, 5, 6, 11, 12, and 13 of the '640 patent are valid;

5. Claims 1, 2, 3, 4, and 9 of the '012 patent are valid;

6. Judgment is hereby entered in favor of CloudofChange and against NCR in the lump sum of $13,200,000.00.

1

SIGNED this 13th day of July, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE